

### VIA Metropolitan Transit Authority
### Police Department
711 West Laurel Street
San Antonio, Texas 78212
(210) 362-2439



June 9, 2022

To:        Chief Mark Witherell

From:      Officer Stephen Baker

Ref:       Annual Use of Force Analysis

Chief Witherell,

As the Best Practices Accreditation Program Manager, I am tasked with completing an annual use of force analysis. Today, with the assistance of Officer Jordan Simmons, I have completed the 2021 Use of Force Analysis. We reviewed all use of force reports submitted by Transit Police Officers and Transit Security Officers from January 1, 2021 thru December 31, 2021.

In 2021, there were 109 incidences of uses of force. (in 2020 there was 107 uses of force)

- There were 27 incidences where physical force was used by officers.
- There were 30 incidences where officers displayed or aimed their Tasers.
- There were 40 incidences where officers deployed their Tasers.
- There were 11 incidences where officers displayed or aimed their firearms.
- There was 1 incidence where an officer deployed their firearm.

Each of the above listed uses of force were investigated by the appropriate supervisor and there was no findings of improper use of force or excessive force.



### VIA Metropolitan Transit Authority
### Police Department
711 West Laurel Street
San Antonio, Texas 78212
(210) 362-2439



There are a few locations that had multiple uses of force.

- Centro Plaza – 15 uses of force – (in 2020 there was 55 uses of force)
- Crossroads Park and Ride – 3 uses of force – (in 2020 there was 12 uses of force)
- Medical Park and Ride – 2 uses of force
- New Braunfels Ave and Center St. – 2 uses of force (in 2020 there was 6 uses of force)
- San Pedro Ave. from IH35 to Cypress street – 10 uses of force. (in 2020 there were 12 uses of force)

I have attached a spread sheet showing the Shift / Date / Time / Location and Type of Force used of all incidences of use of force.

The VIA Metro Transit Police Department had no substantiated complaints of excessive force in 2021.

Respectfully submitted,

Officer Stephen Baker

Received and approved by:

Chief Mark Witherell

2021 USE OF FORCE ANALYSIS

| Shift | Date | Time | Location | Physical Force | Taser Display | Taser Deploy | Firearm Display | Firearm Deploy |
|---|---|---|---|---|---|---|---|---|
| A | 10/19 | 0756 | VMC | X | | | | |
| A | 05/24 | 0925 | Plaza | | X | | | |
| A | 06/21 | 1317 | 2200 Fredericksburg | | | X | | |
| A | 04/18 | 0800 | Crossroads | | | X | | |
| A | 06/14 | 0813 | Plaza | | | X | | |
| A | 08/31 | 1206 | 1000 N. San Pedro | | | X | | |
| A | 09/10 | 1030 | Ingram | | | X | | |
| A | 09/11 | 0830 | 5 points | | | X | | |
| A | 06/26 | 0830 | Martin / Cibolo | | | | X | |
| A | 06/02 | 1313 | Plaza | | X | | | |
| A | 05/15 | 0745 | 900 Main | | X | | | |
| B | 03/24 | 2135 | New Braunfels / Center | X | | | | |
| B | 01/12 | 1809 | 7536 San Pedro | X | | | | |
| B | 01/21 | 1930 | San Pedro / Oblate | X | | | | |
| B | 01/22 | 1618 | Crossroads | X | | | | |
| B | 02/08 | 1934 | 7145 W. Rock | X | | | | |
| B | 04/11 | 1552 | Plaza | X | | | | |
| B | 03/26 | 1756 | Plaza | X | | | | |
| B | 04/16 | 1657 | Marbach / Westedge | X | | | | |
| B | 05/20 | 1720 | 100 N. Gevers | X | | | | |
| B | 07/07 | 1800 | Plaza | X | | | | |
| B | 07/07 | 1800 | Plaza | X | | | | |
| B | 07/07 | 1750 | 800 W. Houston | X | | | | |
| B | 08/27 | 1928 | 7538 San Pedro | X | | | | |
| B | 09/04 | 1920 | Hildebrand / San Pedro | X | | | | |
| B | 09/04 | 1915 | Hildebrand / San Pedro | X | | | | |
| B | 10/26 | 1523 | 700 Navarro | X | | | | |
| B | 04/20 | 1551 | San Pedro / Olmos | | | X | | |
| B | 02/26 | 2004 | Harry Wurzbach / Eisenhaur | | | X | | |
| B | 03/30 | 1614 | Jackson / Marshall | | | X | | |
| B | 04/11 | 2159 | Plaza | | | X | | |
| B | 05/20 | 1720 | 100 N. Gevers | | | X | | |
| B | 06/14 | 2021 | Plaza | | | X | | |
| B | 07/03 | 1720 | Frio / Ruiz | | | X | | |
| B | 08/05 | 1515 | 2100 IH 35 N | | | X | | |
| B | 07/29 | 2116 | 7538 San Pedro | | | X | | |
| B | 08/07 | 1818 | Medical | | | X | | |
| B | 08/15 | 1731 | Plaza | | | X | | |
| B | 08/13 | 1728 | Plaza | | | X | | |
| B | 09/07 | 1546 | 5700 Industrial Park | | | X | | |
| B | 10/16 | 1830 | 5620 Culebra | | | X | | |
| B | 11/11 | 1905 | 500 Ruiz | | | X | | |

| Shift | Date | Time | Location | Physical Force | Taser Display | Taser Deploy | Firearm Display | Firearm Deploy |
|---|---|---|---|---|---|---|---|---|
| B | 11/12 | 2053 | McCreless | | | X | | |
| B | 11/10 | 1136 | 1600 N. Zarzamora | | | X | | |
| B | 12/28 | 1620 | 700 W. Commerce | | | X | | |
| B | 06/14 | 2024 | Plaza | | | | X | |
| B | 08/07 | 1838 | Medical | | | | X | |
| B | 12/18 | 2108 | 2400 Renwick | | X | | | |
| B | 03/05 | 1843 | 35 / Laredo | | X | | | |
| B | 05/22 | 1954 | 600 N. Frio | | X | | | |
| B | 06/25 | 1533 | SW Transfer Point | | X | | | |
| B | 07/07 | 2104 | 10700 Wurzbach | | X | | | |
| B | 07/09 | 1834 | 6400 Vance Jackson | | X | | | |
| B | 07/24 | 1701 | Potranco / Mabe | | X | | | |
| B | 08/13 | 2146 | Plaza | | X | | | |
| B | 09/07 | 1546 | 5700 Industrial Park | | X | | | |
| B | 09/26 | 2145 | St. Mary's / Nueva | | X | | | |
| B | 09/26 | 2145 | St. Mary's / Nueva | | X | | | |
| B | 10/08 | 1449 | Police Department | | X | | | |
| B | 11/06 | 2124 | Zarzamora / Ruiz | | X | | | |
| B | 04/20 | 1553 | San Pedro / Olmos | | | | | X |
| C | 08/17 | 0040 | Plaza | X | | | | |
| C | 07/19 | 2222 | Rivas / Poplar | X | | | | |
| C | 05/08 | 0325 | 200 N. Comal | X | | | | |
| C | 05/08 | 0241 | VMC | X | | | | |
| C | 05/08 | 0325 | 200 N. Comal | X | | | | |
| C | 03/29 | 2230 | Plaza | X | | | | |
| C | 02/19 | 1030 | Frio / Martin | X | | | | |
| C | 02/05 | 2050 | Crossroads | X | | | | |
| C | 01/29 | 1941 | Randolph | X | | | | |
| C | 01/29 | 0108 | New Braunfels / Center | X | | | | |
| C | 11/15 | 2337 | 300 San Pedro | | | X | | |
| C | 10/25 | 0314 | 3900 Fredericksburg | | | X | | |
| C | 09/26 | 0045 | 600 Ruiz | | | X | | |
| C | 10/04 | 0145 | 3700 Fredericksburg | | | X | | |
| C | 09/17 | 2350 | 300 San Pedro | | | X | | |
| C | 09/14 | 0100 | 300 San Pedro | | | X | | |
| C | 08/24 | 0243 | 10000 Silicon | | | X | | |
| C | 08/21 | 0551 | 2600 Buena Vista | | | X | | |
| C | 07/23 | 0257 | Hwy 90 / Military | | | X | | |
| C | 05/13 | 0013 | 500 W. Myrtle | | | X | | |
| C | 02/24 | 0345 | Travis / Soledad | | | X | | |
| C | 02/24 | 0345 | Travis / Soledad | | | X | | |
| C | 01/30 | 2021 | Zarzamora/ Martin | | | X | | |
| C | 01/29 | 2230 | Northstar | | | X | | |
| C | 01/25 | 2246 | San Pedro / Hwy 35 | | | X | | |

| Shift | Date | Time | Location | Physical Force | Taser Display | Taser Deploy | Firearm Display | Firearm Deploy |
|-------|------|------|----------|----------------|---------------|--------------|-----------------|----------------|
| C | 01/25 | 2245 | San Pedro / Hwy 35 | | | X | | |
| C | 12/13 | 0120 | 410 Fair Ave | | | | X | |
| C | 09/17 | 2250 | Graham Central Sta. | | | | X | |
| C | 07/01 | 0043 | San Pedro / Euclid | | | | X | |
| C | 07/01 | 0045 | San Pedro / Euclid | | | | X | |
| C | 07/01 | 0120 | 310 San Pedro | | | | X | |
| C | 05/08 | 0241 | VMC | | | | X | |
| C | 02/14 | 0210 | 800 Euclid | | | | X | |
| C | 02/14 | 0212 | 800 Euclid | | | | X | |
| C | 12/20 | 0300 | Cypress / Maverick | | X | | | |
| C | 12/20 | 0305 | Poplar / Cypress | | X | | | |
| C | 10/22 | 0105 | Admin Bldg. | | X | | | |
| C | 10/01 | 0250 | Fredericksburg / Culebra | | X | | | |
| C | 09/30 | 0316 | 900 Main | | X | | | |
| C | 09/15 | 0325 | Main / Euclid | | X | | | |
| C | 09/05 | 0301 | 1600 Roosevelt | | X | | | |
| C | 08/30 | 2350 | 800 Main | | X | | | |
| C | 06/29 | 2337 | Main / Quincy | | X | | | |
| C | 06/29 | 2333 | Main / Elmira | | X | | | |
| C | 06/30 | 2330 | 900 Main | | X | | | |
| C | 03/27 | 0451 | Kel-Lac | | X | | | |
| C | 01/30 | 1615 | Salinas / Zarzamora | | X | | | |
| C | 01/25 | 2245 | San Pedro / Elmira | | X | | | |

|  | A Shift |
|---|---|
| Physical Force | 1 |
| Taser Display | 3 |
| Taser Deployed | 6 |
| Firearm Display | 1 |
| Firearm Deployed | 0 |
| A-Shift Total | 11 |

|  | B Shift |
|---|---|
| Physical Force | 16 |
| Taser Display | 13 |
| Taser Deployed | 18 |
| Firearm Display | 2 |
| Firearm Deployed | 1 |
| B-Shift Total | 50 |

|  | All Shifts |
|---|---|
| Physical Force | 27 |
| Taser Display | 30 |
| Taser Deployed | 40 |
| Firearm Display | 11 |
| Firearm Deployed | 1 |
| Total Use of Force | 109 |

|  | C Shift |
|---|---|
| Physical Force | 10 |
| Taser Display | 14 |
| Taser Deployed | 16 |
| Firearm Display | 8 |
| Firearm Deployed | 0 |
| C-Shift Total | 48 |





